UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DELROY A. CHAMBERS, JR.,

       Plaintiff,

vs.                                                 Case No. 2:20-cv-511-SPC-MRM

SCHIFF REALTY, INC.,

       Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Plaintiff, DELROY A. CHAMBERS, JR, and Defendant, SCHIFF REALTY, INC., by and through their respective attorneys, jointly stipulate and agree:

1. Plaintiff, DELROY A. CHAMBERS, JR., had a good faith basis for filing the above-captioned matter.

2. Informal discovery subsequently provided by Defendant, SCHIFF REALTY, INC. established that Defendant, SCHIFF REALTY, INC., was not involved in the rental of the dwelling described in Plaintiff's Amended Complaint; did not advertise the dwelling; had no knowledge about the rental of the dwelling; did not receive any compensation related to the rental; and had no communication with the Plaintiff, DELROY A. CHAMBERS, JR.

3. Based upon the above, Plaintiff, DELROY A. CHAMBERS, JR. and Defendant, SCHIFF REALTY, INC., agree that neither party will pursue sanctions against the other for any actions taken in relation to the above-captioned matter.

4. Plaintiff, DELROY A. CHAMBERS, JR. and Defendant, SCHIFF REALTY, INC., stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-

captioned matter should be dismissed, with prejudice, with each party to bear its own attorney's fees and costs.

## CERTIFICATION

All parties certify that they are in agreement with the relief stated above.

| | |
|---|---|
| */s/ Frank H. Gassler* <br> Frank H. Gassler, Esq. <br> Florida Bar No. 0218677 <br> Sarah M. Papadelias, Esq. <br> Florida Bar No. 0125098 <br> BANKER LOPEZ GASSLER P.A. <br> 501 E. Kennedy Blvd, Suite 1700 <br> Tampa, FL 33602 <br> Phone: (813) 347-4018 <br> Fax: (813) 222-3066 <br> service-fgassler@bankerlopez.com <br> service-spapadelias@bankerlopez.com <br> *Attorneys for Defendant* <br> *Schiff Realty, Inc.* | */s/ Shawn A. Heller* <br> Shawn A. Heller, Esq. <br> Florida Bar No. 46346 <br> Joshua A. Glickman, Esq. <br> Florida Bar No. 43994 <br> Social Justice Law Collective, PL <br> 974 Howard Ave. <br> Dunedin, FL 34698 <br> (202) 709-5744 <br> (866) 893-0416 (Fax) <br> josh@sjlawcollective.com <br> shawn@sjlawcollective.com <br> *Attorneys for the Plaintiff* <br> *Delroy A. Chambers* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court on January 14, 2021, which sent e-mail notification of such filing to all CM/ECF participants.

*/s/ Frank H. Gassler*
Frank H. Gassler, Esq.
Florida Bar No. 0218677
Sarah M. Papadelias, Esq.
Florida Bar No. 0125098
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone: (813) 347-4018
Fax: (813) 222-3066
service-fgassler@bankerlopez.com
service-spapadelias@bankerlopez.com
*Attorneys for Defendant Schiff Realty, Inc.*